# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable:** Jacqueline P. Cox  
**Hearing Date:** 9/28/10

**Bankruptcy Case:** 10-42112  
**Adversary No.:**

**Title of Case:** Trevian Kutti

**Brief Statement of Motion:** Debtors Motion to Impose Stay (#12 on Docket)

**Names and Addresses of moving counsel:** Bonnie W. Fernandez, 108 Madison, Oak Park, Ill.

**Representing:** Debtor

## ORDER

The Court having heard the Motion to impose stay It Is Hereby Ordered That the Debtors motion to impose the stay is denied.

*Jacqueline P. Cox*

Enter J. Cox